July 26, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, Appellant

NO. 14-10-01021-CV                              V.

RICARDO A. GARCIA, Appellee
_____

This cause, an appeal from the trial court's "ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION" in favor of appellee, RICARDO A. GARCIA, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, RICARDO A. GARCIA, to pay all costs incurred in this appeal. We further order this decision certified below for observance.